**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Teresa Lynn Pasqualino<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1278<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   25–20452–GLT | | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Teresa Lynn Pasqualino
   fka Teresa L. Hissom, fka Teresa Lynn Marella

<u>7/11/25</u>                                                                 **By the court:**   <u>Gregory L Taddonio</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-20452-GLT

Teresa Lynn Pasqualino  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: 318 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teresa Lynn Pasqualino, 124 6th Avenue, Pittsburgh, PA 15229-1234 |
| 16504279 | + | Edfinancial Services L, Pob 60610, Harrisburg, PA 17106-0610 |
| 16504290 | | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504378 | + | UPMC Legal Department, 3600 Forbes Avenue, Forbes Tower-Plaza Level Suite 140, Pittsburgh, PA 15213-3410 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jul 12 2025 03:42:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jul 12 2025 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 12 2025 03:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16504263 | + | EDI: CITICORP | Jul 12 2025 03:39:00 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16504264 | + | Email/PDF: bncnotices@becket-lee.com | Jul 11 2025 23:53:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 16504266 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 11 2025 23:40:00 | Cenlar, Attn: Centralized Bankruptcy, 425 Phillips Blvd., Ewing, NH 08618 |
| 16504265 | ^ | MEBN | Jul 11 2025 23:39:07 | Cenlar, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 16504267 | + | EDI: CITICORP | Jul 12 2025 03:39:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16504268 | + | EDI: CITICORP | Jul 12 2025 03:39:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16504270 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16504269 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 16504271 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 16504272 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16504274 | + | EDI: WFNNB.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 16504273 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16504277 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | Comenity Bk/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 16504278 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 16504276 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 16504275 | + | EDI: WFNNB.COM | Jul 12 2025 03:42:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16504289 | | EDI: CITICORP | Jul 12 2025 03:42:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 16504283 | + | EDI: PHINGENESIS | Jul 12 2025 03:39:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 16504282 | + | EDI: PHINGENESIS | Jul 12 2025 03:42:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16504285 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 12 2025 03:42:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 16504284 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 11 2025 23:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16504287 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 11 2025 23:40:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 16504286 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 11 2025 23:40:00 | Keybank Na, Attn: Bankruptcy, 127 Public Square, Cleveland, OH 44114-1217 |
| 16504291 | | Email/Text: EBN@Mohela.com | Jul 11 2025 23:40:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 16504316 | | Email/Text: EBN@Mohela.com | Jul 11 2025 23:40:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504288 | + | EDI: CITICORP | Jul 11 2025 23:40:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504345 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 12 2025 03:39:00 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16504342 | ^ | MEBN | Jul 11 2025 23:40:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 16504349 | + | Email/PDF: ebnotices@pnmac.com | Jul 11 2025 23:39:45 | Nelnet, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16504348 | + | Email/PDF: ebnotices@pnmac.com | Jul 11 2025 23:53:27 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16504351 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 11 2025 23:53:14 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16504350 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 11 2025 23:40:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 16504353 | + | EDI: SYNC | Jul 11 2025 23:40:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 16504352 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Syncb/At Home CC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504355 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Syncb/At Home CC, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16504354 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Syncb/at Home Plcc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: admin | Page 3 of 6 |
| Date Rcvd: Jul 11, 2025 | | Form ID: 318 | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 16504357 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Syncb/at Home Plcc, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16504356 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Syncb/home Design Alsi, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504358 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Syncb/home Design Alsi, Po Box 71757, Philadelphia, PA 19176-1757 |
| 16504360 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16504363 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504362 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504365 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16504364 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504367 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 16504366 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504368 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16504369 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 16504371 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504370 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504372 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16504373 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16504375 | + | EDI: WTRRNBANK.COM | Jul 12 2025 03:39:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16504374 | + | EDI: WTRRNBANK.COM | Jul 12 2025 03:42:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 16504377 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 12 2025 03:42:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 16504376 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 11 2025 23:40:00 | UPMC, 600 Grant Street, Floor 56, Pittsburgh, PA 15219-2730 |
| 16504381 | + | EDI: CAPITALONE.COM | Jul 11 2025 23:40:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 16504379 | + | EDI: CAPITALONE.COM | Jul 12 2025 03:39:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16504380 | + | EDI: SYNC | Jul 12 2025 03:39:00 | Walmart Credit Services/Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| | | | Jul 12 2025 03:39:00 | Walmart Credit Services/Capital One, Po Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 62

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 16504280 | *+ | Edfinancial Services L, Pob 60610, Harrisburg, PA 17106-0610 |
| 16504281 | *+ | Edfinancial Services L, Pob 60610, Harrisburg, PA 17106-0610 |
| 16504293 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504295 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504297 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504299 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504301 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504303 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504305 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504307 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504309 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504311 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504313 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504315 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16504317 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504318 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504319 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504320 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504321 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504322 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504323 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504324 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504325 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504326 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504327 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504328 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504329 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504330 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504331 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504332 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504333 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504334 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504335 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, |

District/off: 0315-2 | User: admin | Page 5 of 6
Date Rcvd: Jul 11, 2025 | Form ID: 318 | Total Noticed: 66

| | | |
|---|---|---|
| | | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504336 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504337 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504338 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504339 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504340 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504341 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16504292 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504294 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504296 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504298 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504300 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504302 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504304 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504306 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504308 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504310 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504312 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504314 | * | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 16504346 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 16504347 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 16504343 | *+ | Nelnet, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16504344 | *+ | Nelnet, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16504359 | *+ | Synchrony Bank, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16504361 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16504382 | *+ | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 1 Undeliverable, 59 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:

**Name**        **Email Address**

Denise Carlon
　　on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com

Lauren M. Lamb
　　on behalf of Debtor Teresa Lynn Pasqualino
　　julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
　　rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: admin | Page 6 of 6
Date Rcvd: Jul 11, 2025 | Form ID: 318 | Total Noticed: 66

Rosemary C. Crawford  on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford  crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 5